THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY NOTARO, Appellant.— All concur. (The judgment convicts defendant of the crime of robbery, first degree.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

HAZEL E. LEAHY, Respondent, v. LEON J. LEAHY, Appellant. All concur. (The order grants defendant's motion to open a default on certain conditions, in an action to set aside a separation agreement.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

FRANK JANISCH, Respondent, v. LEE ROOT, Doing Business under the Name of PEOPLE'S MARKET, Appellant.— Memorandum: The finding of the jury that the defendant procured the stock by fraud is not supported by the evidence. Moreover, the measure of damages adopted on the trial was not the proper one. (*Hobaica* v. *Byrne*, 216 App. Div. 307.) All concur. (The judgment affirms a judgment of the Dunkirk City Court in favor of plaintiff in an action for damages sustained by reason of fraud and misrepresentation.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of THE TRUSTEES OF TEN BROECK FREE ACADEMY.— All concur. (The portion of the order appealed from denies a motion of petitioners to strike out parties respondent, determines circumstances have not changed to render impracticable or impossible a literal compliance with the terms of the act incorporating the Ten Broeck Free Academy as modified under an amendment of its charter, and that no change of the arrangements ·between the Academy and the Union Free School District No. 1 of Franklinville be directed.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

HILA R. BUTTS, Respondent, v. ROBERT C. WELLMAN, Appellant.— All concur. (The judgment is for plaintiff in an action for money had and received. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

LOTTIE L. GAO, Respondent, v. JULIA M. MAJKSZAK, Appellant.— All concur. (The judgment is for plaintiff in an action to impress a lien on realty.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

MICHAEL FRANCHOT, Respondent, v. CHARLES P. HILTZ, Appellant.— All concur. (The judgment is for plaintiff in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

PAUL R. BOAK, Respondent, v. FRANK E. MATTISON et al., Defendants, and IRVING K. BAXTER, Appellant.— All concur. (The judgment confirms the report of Edgcomb, Official Referee, awarding foreclosure of mortgaged premises and directing sale to satisfy the amount due.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.